# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00121-CV

### In re Gary Antonio Hart

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the emergency motion to stay are denied. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: February 24, 2023